IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENESIS DE LA CRUZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>IMPROVED DATA SERVICES LLC and BRIAN MURPHY,<br><br>Defendants. | Civil Case Number: 1:20-cv-01569-CCR<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that the undersigned attorneys for Plaintiff, GENESIS DE LA CRUZ, hereby move, at a date and time to be set by the Court, before the Honorable Christina Reiss, for an Order granting Plaintiff's Motion to Enforce the Settlement Agreement reached in this action between the parties.

PLEASE TAKE FURTHER NOTICE that Plaintiff shall rely upon the accompanying Memorandum in Support of the Motion to Enforce, as well as the attached Declaration of Yitzchak Zelman, Esq.

Dated: July 18, 2022

                                          MARCUS & ZELMAN, LLC

                                          By:  /s/ Yitzchak Zelman
                                          Yitzchak Zelman, Esq.
                                          Marcus Zelman, LLC.
                                          701 Cookman Avenue, Suite 300
                                          Asbury Park, New Jersey 07712
                                          Phone:      (732) 695-3282
                                          *Attorney for Plaintiff Genesis De La Cruz*