UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENESIS DE LA CRUZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-v-<br><br>IMPROVED DATA SERVICES LLC and BRIAN MURPHY,<br><br>Defendants. | Civil Case No: 1:20-cv-01569-CCR |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' September 9, 2022 Stipulation of Dismissal, all claims asserted against Defendants in Civil Action No. **1:20-cv-01569-CCR**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS __19th__ day of September 2022.

_____
HONORABLE CHRISTINA REISS
UNITED STATES DISTRICT JUDGE